946

No. 93–9652. FLIEGER v. DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 93–9720. JACOBS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 93–9729. TAGALA v. PREWITT, COMMISSIONER, ALASKA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 94–81. GENERAL TRUCK DRIVERS, WAREHOUSEMEN, HELPERS & AUTOMOTIVE EMPLOYEES OF CONTRA COSTA COUNTY, LOCAL NO. 315 v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–135. ITT COMMERCIAL FINANCE CORP. ET AL. v. GAWORSKI ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–141. TERRY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–160. REILLY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–168. SPRAGUE v. KING, DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT. C. A. 7th Cir. Certiorari denied.

No. 94–183. LEGG v. SMITH, TRUSTEE. C. A. 5th Cir. Certiorari denied.

No. 94–204. CHISUM v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–273. MAYES v. SANFORD. Ct. App. D. C. Certiorari denied.

No. 94–311. FOSTER WHEELER CORP. v. LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL–CIO; and
No. 94–312. FOSTER WHEELER ENERGY CORP. v. LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL–CIO. C. A. 3d Cir. Certiorari denied.